

# NUMBER 13-13-00335-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

THE STATE OF TEXAS, Appellant,

v.

JAVIER RODRIGUEZ, Appellee.

## On Appeal from the 319th District Court of Nueces County, Texas.

## ORDER

### Before Chief Justice Valdez and Justices Rodriguez and Longoria Order Per Curiam

This appeal has been briefed and set for submission and oral argument on March 5, 2014. Texas Rule of Appellate Procedure 38.7 provides that "[a] brief may be amended or supplemented whenever justice requires, on whatever reasonable terms the court may prescribe." TEX. R. APP. P. 38.7. On January 13, 2014, the United States Supreme Court granted a petition for writ of certiorari and vacated the judgment in *Aviles*

*v. State*, 385 S.W.3d 110 (Tex. App.—San Antonio 2012, pet. ref'd), for further consideration in light of *Missouri v. McNeely*, 133 S. Ct. 1552, 1556, 185 L.Ed.2d 696 (2013). *See Aviles v. Tex.*, No. 13-6353, 2014 WL 102362 (U.S. Jan. 13, 2014). In addition, this Court issued an opinion involving the constitutionality of the mandatory blood draw provisions of Texas Transportation Code section 724.012(b)(3). *State v. Villarreal*, No. 13-13-00253-CR (Tex. App—Corpus Christi, January 23, 2014, no pet. h.). Given the dimension of the constitutional issue raised in this case and the intervening changes in the legal landscape since briefing on this case was completed, the Court has determined that additional briefing is necessary for the proper submission of this cause and to ensure a productive oral argument. Accordingly, the Court hereby requests supplemental briefing from the parties regarding: (1) the impact on this case, if any, of the United States Supreme Court's action in granting certiorari and vacating *Aviles v. State*, 385 S.W.3d 110 (Tex. App.—San Antonio 2012, pet. ref'd); and (2) the impact on this case, if any, of this Court's opinion in *State v. Villarreal*, No. 13-13-00253-CR, concerning Texas Transportation Code section 724.012(b)(3).

Appellant's supplemental brief shall be filed by Monday, February 24, 2014, and appellee's supplemental brief shall be filed by Monday, March 3, 2014.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
*See* Tex. R. App. P. 47.2(b).

Delivered and filed the
14th day of February, 2014.